E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4803
E-Mail: andrea.banks@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

COURTNEY LINKER,

　　　Plaintiff,

　　　v.

MARTIN O'MALLEY,
Commissioner of Social Security,

　　　Defendant.

No. 5:24-CV-00915-RAO

[~~PROPOSED~~]
**ORDER AWARDING EAJA FEES**

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of $7,500.00 and no costs, subject to the terms of the stipulation.

DATED: 9/5/2024

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE